# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| COREY HUDDLESTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1600 |
| ) | Judge Trauger |
| JEFF BLEDSOE, Sheriff, et al, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On March 25, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 44), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by the defendants (Docket No. 31) is **GRANTED**, and all claims against the defendants are **DISMISSED WITH PREJUDICE**. This Order shall constitute the final judgment in this case.

It is so **ORDERED.**

ENTER this 23rd day of April, 2015.

ALETA A. TRAUGER
U.S. District Judge